AO 106 (Rev. 04/10)  Application for a Search Warrant (Modified: WAWD 10-26-18)

# UNITED STATES DISTRICT COURT
### for the
### Western District of Washington

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*
SUBJECT PREMISES, more fully described in Attachment A

)
)
)
)
)
)

Case No.    MJ20-656

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*
See Attachment A, incorporated herein by reference.

located in the _____ Western _____ District of _____ Washington _____ , there is now concealed *(identify the person or describe the property to be seized):*

See Attachment B, incorporated herein by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 545 | Smuggling goods into the United States. |
| 18 U.S.C. § 5861(d) | Possession of unregistered firearms. |
| 18 U.S.C. § 922(a)(1)(A) | Unlawfully engaging in the business of importing or shipping firearms without a license. |

The application is based on these facts:

✓ See Affidavit of HSI Special Agent Jill Peoples , continued on the attached sheet.

☐ Delayed notice of 90 days (give exact ending date if more than 30 days: _____ is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Pursuant to Fed. R. Crim. P. 4.1, this warrant is presented: ☑ by reliable electronic means; or ☐ telephonically recorded.

*Applicant's Signature*

Jill Peoples, HSI Special Agent
*Printed name and title*

○ The foregoing affidavit was sworn to before me and signed in my presence, or
◉ The above-named agent provided a sworn statement attesting to the truth of the foregoing affidavit by telephone.

Date: 10/13/2020

*Judge's signature*

City and state:  Seattle, Washington

Brian A. Tsuchida, United States Cheif Magistrate Judge
*Printed name and title*

USAO: 2020R00962

## AFFIDAVIT OF JILL PEOPLES

STATE OF WASHINGTON     )
                             )     ss
COUNTY OF KING             )

I, Special Agent Jill Peoples, having been duly sworn, state as follows:

### INTRODUCTION AND AFFIANT BACKGROUND

1.      I am a Special Agent ("SA") with Homeland Security Investigations ("HSI"), United States Department of Homeland Security, and have been so employed since December 2003. I am a graduate of the Federal Law Enforcement Training Center ("FLETC") academy in Glynco, Georgia. I am currently assigned to the HSI Border Enforcement Security Task Force in Seattle, Washington, which is tasked with investigating violations of U.S. law involving contraband smuggling, trade fraud and financial crimes. Prior to my employment with HSI, I was a United States Probation Officer for approximately three years and was a Correctional Officer and Case Manager with the Bureau of Prisons for approximately three years

2.      During my career, I have participated in investigations and executed search warrants involving theft, fraud, money laundering, smuggling, import and export violations, counterfeit goods, crimes against persons and drug trafficking. Because of this training and experience, I am familiar with common methods of investigating import and export violations and have become familiar with how smuggling schemes work. This experience includes knowledge on how individuals unlawfully import, export, store and resell smuggled goods, how individuals use the U.S. postal system to move contraband and how those involved in contraband smuggling conduct financial transactions to facilitate smuggling activity. I am also familiar with the manner in which individuals illegally acquire and import firearms and firearm parts from foreign countries to the United States, and the unlawful resale and distribution of firearm and firearm parts within the United States.

3.      I make this affidavit in support of an application under Rule 41 of the Federal Criminal Rules of Procedure for a search and seizure warrant for the premises located at 20707 60th Avenue West, Lynnwood, Washington 98036, as more specifically described in Attachment A (the "SUBJECT PREMISES").

4.      As discussed below, there is probable cause to believe that Raymond Walter Michlig resides at the SUBJECT PREMISES, and has one or more firearms, along with documents and records of international purchases of firearms and reselling of those firearms stored at the SUBJECT PREMISES.  In addition, there is probable cause to believe that Michlig has imported two silencers for delivery to the SUBJECT PREMISES.

5.      I seek authorization to seize the items from the SUBJECT PREMISES that are described in Attachment B to this affidavit, which is incorporated herein by reference.

6.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from witnesses, other special agents, law enforcement officers, documents, open source and government databases. This affidavit contains the information necessary to support probable cause and does not contain every material fact that I have learned during the course of the investigation; however, no information known to me that would tend to negate probable cause has been withheld from this affidavit.

7.      Because this Affidavit is submitted for the limited purpose of establishing probable cause in support of the application for a search warrant, it does not set forth each and every fact that I, or others, have learned during the course of this investigation.

## RELEVANT LAW

8.      This Application requests the Court to authorize a search warrant at the SUBJECT PREMISES for evidence, instrumentalities, contraband, and fruits of violations of 18 U.S.C. § 545, smuggling goods into the United States, 26 U.S.C. § 5861(d), possession of unregistered firearms, 18 U.S.C. § 922 (a)(1)(A), unlawfully engaging in the business of importing or shipping firearms without a license, 18 U.S.C.  §

AFFIDAVIT OF JILL PEOPLES - 2
USAO# 2020R00962

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

922 (l), knowingly import into the United States any firearm or ammunition, and 18 U.S.C. § 922 (p) importing a firearm not detectable as the Security Exemplar.

9.      Title 18, United States Code, Section 545, prohibits fraudulently or knowingly importing or bringing into the United States, any merchandise contrary to law. Specifically, Section 545 states:

> Whoever knowingly and willfully, with intent to defraud the United States, smuggles, or clandestinely introduces or attempts to smuggle or clandestinely introduce into the United States any merchandise which should have been invoiced, or makes out or passes, or attempts to pass, through the customhouse any false, forged, or fraudulent invoice, or other document or paper; or whoever fraudulently or knowingly imports or brings into the United States, any merchandise contrary to law, or receives, conceals, buys, sells, or in any manner facilitates the transportation, concealment, or sale of such merchandise after importation, knowing the same to have been imported or brought into the United States contrary to law shall be fined under this title or imprisoned not more than 20 years, or both.

10.      Title 26, United States Code, Section 5861(d), provides, "It shall be unlawful for any person…to receive or possess a firearm which is not registered to him in the National Firearms Registry and Transfer Record."

11.      Title 18, United States Code, Section 921(a)(24), defines the terms "firearm silencer" and "firearm muffler" to mean any device for silencing, muffling, or diminishing the report of a portable firearm, including any combination of parts, designed or redesigned, and intended for use in assembling or fabricating a firearm silencer or firearm muffler, and any part intended only for use in such assembly or fabrication.

12.      Title 18, United States Code, Section 921(a)(3)(C), defines the term "firearm" to mean any "firearm muffler" or "firearm silencer".  Any device that meets the definition of "firearm silencer" or "firearm muffler" is subject to controls as defined in the National Firearms Act, 26 United States Code, Chapter 53.

13.      Title 18, United States Code, Section 922 (a)(1)(A), provides that "It shall be unlawful for any person except a licensed importer, licensed manufacturer, or licensed dealer, to engage in the business of importing, manufacturing, or dealing in firearms, or

AFFIDAVIT OF JILL PEOPLES - 3
USAO# 2020R00962

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

in the course of such business to ship, transport, or receive any firearm in interstate or foreign commerce."

14.     Title 18, United States Code, Section 922(l), provides in part, "It shall be unlawful for any persons to import or bring into the United States or any possession thereof any firearm or ammunition; and it shall be unlawful for any person knowingly to receive any firearm or ammunition which has been imported or brought into the United States or any possession thereof."

15.     Title 18, United States Code, Section 922(p)(1), states, "It shall be unlawful for any person to manufacture, import, sell, ship, deliver, possess, transfer, or receive any firearm—(A) that, after removal of grips, stocks, and magazines, is not detectable as the Security Exemplar, by walk-through metal detectors calibrated and operated to detect the Security Exemplar . . ."

16.     Title 18, United States Code, Section 922 (p)(2)(C)(i), defines the term "Security Exemplar" to mean an object, to be fabricated at the direction of the Attorney General, that is constructed of 3.7 ounces of material type 17-4 PH stainless steel in a shape resembling a hand-gun.

## SUMMARY OF INVESTIGATION

### A.     Seized Parcel

17.     On July 27, 2020, Custom and Border Patrol Officers (CBP) at the incoming international mail facility in the Longo Warehouse in Los Angeles, California, inspected a parcel arriving from China.  The shipping address on the parcel is "CHENGENLONG ELECTRONICS SHENZEN CO, 1 XIANGXIN ROAD ZHENYAN INDUSTRIAL, GUANDONG, SHENZHEN, 518000" and the consignee is RAYMOND MICHLIG, located at "20707 60TH AVENUE WEST, LYNNWOOD, WA 98036, UNITED STATES".  This delivery address is the SUBJECT ADDRESS.

18.     The parcel label stated it contained a filter. The shipping weight of this parcel was 0.77 kilograms.  CBP Officers examined the contents of the parcel which had two items that were believed, based on its appearance and components, to be consistent

with a firearm silencer, otherwise known as a firearm suppressors, not a filter.  A filter is an item designed to allow fluid to pass through a permeable infrastructure which would allow for the filtering of fine particulate matter.  The appearance and use of a filter is distinctly different than a firearm silencer.

19.   I have consulted with firearm experts with the Bureau of Alcohol, Tobacco, and Firearms (ATF), including ATF Special Agent (SA) Claudia Grigore. Based on my training and experience, and consultations with ATF experts, companies in China often advertise these silencers as car parts to mask the item and actual intended use, and to enable smugglers to conceal the true nature of the commodity from customs inspectors.

20.   Markings on one of the box labels appear to indicate the size of the National Pipe Threads for the silencer.  The silencer in the brown box is ½ x 28 which according to ATF Bulletin 20-01 would fit an AR-15, M-16, AR-180, most threaded .223s, most threaded 9mm, Ruger 10/22 Tactical, Newer Mini 14, MPA57, and a MPA "Mini". As explained below, Raymond Michlig is believed to possess three 9mm handguns, among other firearms. The silencers in the parcel shipped from China are likely to fit onto these handguns based on the threading size.

21.   CBP forwarded the parcel with two silencers to me and I received it on August 24, 2020. The below are photographs of the silencers:



AFFIDAVIT OF JILL PEOPLES - 5
USAO# 2020R00962

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28





22.      SA Grigore has received specialized training on firearms, which includes training on silencers. I have also reviewed ATF Firearms & Ammunition Technology Division Technical Bulletin 20-01 of October 30, 2019, (ATF Bulletin 20-01) concerning components of a silencer. SA Grigore and I have examined the items in the parcel addressed to Raymond Michlig, and based on my training and experience, and consultation with SA Grigore, the parcel contains all the components to be two silencers, including baffles and marked points for simple machine work, assembly, and adaptation. These components are also noted in ATF Bulletin 20-01 as components for a silencer.

AFFIDAVIT OF JILL PEOPLES - 6
USAO# 2020R00962

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The silencer pictured in ATF Bulletin 20-01 is as follows, and is similar to the silencers in the seized parcel:



B.   **Raymond and Lindy Michlig**

23.      I believe that the parcel's listed addressee, Raymond Michlig at the SUBJECT PREMISES, is Raymond Walter Michlig, with date of birth of February 15, 1978.  According to public record databases, Raymond Michlig is married to Lindy Michlig, and they reside at the SUBJECT PREMISES.  I believe they are the only people residing at the SUBJECT PREMISES.   According to Department of Licensing records for the Michligs, they have vehicles registered to them at the SUBJECT PREMISES. Agents conducting surveillance at the SUBJECT PREMISES has observed these registered vehicles parked at the SUBJECT PREMISES on August 27, 2020, and October 6, 2020.  Lindy Michlig is a Lawful Permanent Resident and Citizenship and Immigration Services lists her current address as the SUBJECT PREMISES.

24.      SA Grigore has obtained records pertaining to purchases of firearms by Raymond Michlig from Federal Firearms Licensed stores in Lynnwood, Washington. These records show that Raymond Michlig completed the process to legally purchase several firearms from the stores, to include a Smith & Wesson 9 mm pistol (Serial Number NAY3338) and a Ruger rifle (Serial Number 1800-54587) from Precise Shooter, a Kel-Tec .22 caliber (PMR) pistol (Serial Number WWLA10), a Izhmash (Saiga 12) 12

AFFIDAVIT OF JILL PEOPLES - 7
USAO# 2020R00962

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

gauge shotgun (Serial Number 14602225), a Glock 9 mm (model number 19) pistol(Serial Number BDCC099), and a Riley Defense 7.62 caliber (AK47) rifle (Serial Number RAK103MP) from Lynnwood Gun and Ammunition, and a Kimber 9mm caliber pistol (Serial Number PB0009434) and Ruger Mark I, .22 caliber pistol (Serial Number 17-69868) from Adventure Sports.  Michlig has also purchased reloadable casings which is for the purpose of making ammunition.

25.     According to law enforcement criminal records databases, Raymond W. Michlig has the following prior felony convictions:

a.     Burglary Second Degree and Possession of a Controlled Substance without a Prescription (methamphetamine), *State v. Michlig*, Case Number 05-1013766, Snohomish County Superior Court, July 26, 2005, sentenced to 20 months of imprisonment concurrent with 18 months of imprisonment and 12 months of probation;

b.     VUCSA – Possession without a Prescription (methamphetamine), *State v. Michlig*, Case Number 001021644, Snohomish County Superior Court, May 3, 2001, sentenced to 18 months of imprisonment and 12 months of probation;

c.     Possession of Stolen Property First Degree, *State v. Michlig*, Case Number 04-1025278, Snohomish County Superior Court, December 1, 2004, sentenced to four months of imprisonment;

d.     Possession of Stolen Property First Degree – Two Counts, *State v. Michlig*, Case Number 04-1013261, Snohomish County Superior Court, December 1, 2004, sentenced to four months of imprisonment for each count to run concurrently.

26.     Typically, a person with felony convictions is considered prohibited from possessing firearms under federal law.  However, Michlig restored his rights to possess firearms in the state of Washington on May 19, 2016.  For this reason, Michlig is no longer prohibited from possessing firearms under federal law. Nor is Lindy Michlig prohibited under federal law from possessing firearms.  Raymond and Lindy Michlig are prohibited from importing firearm silencers into the United States without prior authorization and are prohibited from possessing firearms that are required to be registered with the National Firearms Transfer Record.

AFFIDAVIT OF JILL PEOPLES - 8
USAO# 2020R00962

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

27.     I have confirmed with CBP and ATF that Raymond Michlig did not seek prior authorization to import firearms, including firearm silencers, and that neither he nor his wife have any firearms registered with the National Firearms Transfer Record. Neither of them possess a Federal Firearms License, nor are they licensed by the federal government to be in the business of importing or selling firearms in the United States.

28.     SA Grigore has learned that Raymond Michlig has purchased numerous firearms since restoring his right to possess firearms in 2016.  I have also conducted an online search to locate social media accounts for Raymond Michlig. Based on this search, I have learned that Michlig has a Facebook account in his name. In reviewing the publicly available photos on Michlig's Facebook account, I located several photographs where Michlig is displaying firearms. For example, on June 14, 2020, Raymond Michlig posted pictures of a camping trip and several rifles in stands that appear to be for target shooting or hunting.

29.     On the website Linked In, Raymond Michlig lists his employment as a Machine Operator at Accurate Sheet Metal Inc. Washington State Employment Security Department lists Firland Foundation as Michlig's employer from 2017 until present. Firland Foundation produces sheet metal and machined parts. In Michlig's Facebook account, on August 21, 2020, he posted a photograph of a Clausing 15 floor model drill press.  A drill press can be used to make a single, straight, and accurate hole with less damage. This is because it has a simple on/off switch that is used instead of a trigger.

30.     Based on my training and experience, I know that the firearm silencers imported from China to Michlig will need to have a hole drilled where the manufacturer has indexed or marked the center of the end caps.  With the hole in the end cap, it allows a bullet to exit unobstructed. The other end is threaded to fit the firearm. Michlig's employment and Facebook photographs indicate he has the knowledge and drill press to create the hole in the items ordered from China.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**C.      Prior international packages**

31.      As part of this investigation, I have discovered through law enforcement database queries that other parcels with similar details were delivered to Raymond W. Michlig.  He has received seven other international packages since November 4, 2019. These were all from China and manifested as "Mens short sleeve, automotive screws, connector, switch, handkerchief (2 packages) and car repair tool".  On August 17, 2020, a package from China addressed to Raymond W. Michlig was delivered to the SUBJECT PREMISES.  It was manifested as "automotive screws" and weighed .3 KG with a declared value of $10.  I consider this to be a suspicious package because purchasing automotive screws overseas is neither an efficient manner to obtain items that are easily purchased from a brick and mortar store, or a domestic online retailer such as Amazon. Parcels imported from China can typically take two to four weeks or longer.

32.      During my open source research of how to purchase silencers online from China, many of the silencers were found on internet sites listed as filters, fuel filters or other vehicle parts, such as automotive screws.  All of the sites required electronic payment, often PayPal.  Contact is limited to email or a contact form, and only in one instance, could I find a listed phone number for the business.  Otherwise all orders and payment for the orders had to be made online.

**D.      Recently received international package**

33.      As part of this investigation, I have discovered through law enforcement database queries that another international parcel is scheduled to be delivered to Raymond W. Michlig.  On October 1, 2020, I conducted a border search of package number LN289140925CN addressed to Raymond Michlig at the SUBJECT PREMISES. The package was sent from "jinsong dong" in Shenzhen, China, and manifested as a toy weighing .2 KG and valued at $10.  Upon inspection I found an airsoft M-84 Stun Grenade.  I consulted with an ATF Certified Explosives Specialist Agent who advised that the airsoft M-84 Stun Grenade replicates a genuine M-84 Stun Grenade. The Agent explained that the airsoft replication can be modified into a stun grenade that can be used

AFFIDAVIT OF JILL PEOPLES - 10
USAO# 2020R00962

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

as an explosive device, however the modification process can be quite complicated. The airsoft stun grenade would need to be examined by an explosives specialist to determine the extent of modification needed, and the feasibility of converting the airsoft stun grenade to a functional stun grenade that could be used as a destructive or explosive device.[1]

34.     If Michlig were to convert the airsoft stun grenade into a functional stun grenade that has the capacity to be a destructive or explosive device, he would be required to register the device with the National Firearms Transfer Record. Title 28, United States Code, Section 5845, defines a grenade as an explosive device.

### BASIS OF KNOWLEDGE

35.     Based on my training, education, experience and discussion with other local, state, and federal law enforcement officers, I know:

a.     To use a silencer or firearm suppressor for its intended purpose, a person must possess a firearm.  The national pipe tapered threads are different for different firearms.  A person would order a silencer with national pipe tapered threads to fit a weapon they already have.

b.     A person interested in silencers will also be knowledgeable about firearms and own a variety of firearm accessories, parts, and ammunition.

c.     Persons use digital devices to place orders online for silencers. They often communicate with the online sellers and shippers via online communication platforms to include e-mail, instant messaging services, text messaging services and encrypted communication platforms.  As a result, evidence of smuggling of silencers can be located in emails, text messages, online accounts, and other data that is stored on cellphones and other electronic devices. The order information is maintained in digital or electronic format to facilitate postal tracking of the order

---

[1] Title 28, United States Code, Section 5845, defines a grenade as an explosive device.

AFFIDAVIT OF JILL PEOPLES - 11
USAO# 2020R00962

and to make future orders.  People that order merchandise online have it shipped to themselves at their home address.

       d.     Records of purchases and resale are often maintained on digital devices, to include computers, laptops, cell phones, iPads, and other similar devices. These records may also be maintained in hard copy paper files, ledgers, logs, or books.

       e.     Persons who order merchandise online use electronic methods of payments linked to the purchaser, including Paypal. These records of electronic payments will be maintained on their digital devices.

       f.     Persons involved in smuggle goods, including silencers, into the United States often smuggle more than one shipment of contraband into the United States.

       g.     Persons that order large volumes of international packages are often reselling the items.  They often conduct this resale business online and areas located within their residence and on their property to store and repackage the items.

       h.     Persons who typically possess and own silencers will store their silencers and other firearms in their personal residence and other buildings on their property.

## DESCRIPTION OF SUBJECT PREMISES

36.     Attachment A provides a description of the SUBJECT PREMISES. I have conducted surveillance of the SUBJECT PREMISES and know that it is a two - story residence located at 20707 60th Avenue West, Lynnwood, Washington.  It is on a corner lot at the intersection of 60th Avenue West and 207th Place S.W.  The house has an off-white top half with a grayish bottom half and dark brown trim.  The house numbers, 20707, are visible on the house next to the front door.  The driveway entrance is on 60th Avenue West.  At the end of the driveway and next to the house there is a small garage that is light brown in color with darker brown trim and single car garage door.  Behind

AFFIDAVIT OF JILL PEOPLES - 12
USAO# 2020R00962

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

the house and close to 207th Place S.W. is a separate larger garage/outbuilding with a single car garage door entrance on 207th Place S.W.  It is a single - story building that is light brown in color with dark brown trim and garage door.

37.    I am seeking authorization to search the main residence, the garage, the larger garage/outbuilding, any other outbuildings, and the entirety of the property for the items listed in Attachment B, Items to be Seized.

38.    During surveillance of the SUBJECT PREMISES on August 27, 2020, I observed a 2003 Beige Volkswagen Beetle which according to Washington State Department of Licensing is registered to Lindy Michlig, parked on 207th Place S.W. near the garage door entrance of the larger garage/outbuilding.  Ongoing surveillance of the residence since as recent as October 6, 2020, has shown Raymond Michlig regularly leave and arrive at the SUBJECT PREMISES in a black Dodge Ram pickup, which according to Washington State Department of Licensing is registered to Raymond Michlig at the SUBJECT PREMISES.

39.    For these reasons, I believe that Raymond Michlig resides at the SUBJECT PREMISES.

## **CONCLUSION**

40.    Based on the foregoing, there is probable cause to believe that at the SUBJECT PREMISES, there is evidence, instrumentalities, contraband, and fruits of violations of 18 U.S.C. § 545, smuggling goods into the United States, 26 U.S.C. § 5861(d), possession of unregistered firearms, 18 U.S.C. § 922 (a)(1)(A), unlawfully engaging in the business of importing or shipping firearms without a license, 18 U.S.C. § 922 (l), knowingly import into the United States any firearm or ammunition, and 18 U.S.C. § 922 (p) importing a firearm not detectable as the Security Exemplar.  I therefore respectfully request that this Court issue a warrant authorizing the search of the

AFFIDAVIT OF JILL PEOPLES - 13
USAO# 2020R00962

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

SUBJECT PREMISES as further described in Attachment A for the search and seizure of the items more specifically described in Attachment B.

Jill Peoples, Special Agent
Homeland Security Investigations

The above-named agent provided a sworn statement attesting to the truth of the foregoing affidavit by telephone on the ⏟13⏞ day of October, 2020.

BRIAN A. TSUCHIDA
United States Chief Magistrate Judge

AFFIDAVIT OF JILL PEOPLES - 14
USAO# 2020R00962

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ATTACHMENT A**

**PREMISES TO BE SEARCHED**

The SUBJECT PREMISES is a single - story residence located at 20707 60th Avenue West, Lynnwood, Washington 98036.  It is on a corner lot at the intersection of 60th Avenue West and 207th Place S.W.  The house has an off-white top half with a grayish bottom half and dark brown trim.  The house numbers, 20707, are visible on the house next to the front door.  The driveway entrance is on 60th Avenue West.  At the end of the driveway and next to the house there is a small garage that is light brown in color with darker brown trim and single car garage door.  Behind the house and close to 207th Place S.W. is a separate larger garage/outbuilding with a single car garage door entrance on 207th Place S.W.  It is a single - story building that is light brown in color with dark brown trim and garage door.

Photographs from public records and surveillance for the SUBJECT PREMISES:







ATTACHMENT A - 2
USAO 2020R00962

**Attachment B**

**ITEMS TO BE SEIZED**

All documents, records, images, and items reflecting evidence, contraband, fruits, and instrumentalities of the commission of the following crimes: 18 U.S.C. § 545, smuggling goods into the United States, 26 U.S.C. § 5861(d), possession of unregistered firearms, 18 U.S.C. § 922 (a)(1)(A), unlawfully engaging in the business of importing or shipping firearms without a license, 18 U.S.C. § 922 (l), knowingly import into the United States any firearm or ammunition, and 18 U.S.C. § 922 (p) importing a firearm not detectable as the Security Exemplar.

1. Any silencers, firearms mufflers, and suppressors;

2. Any firearms, ammunition, parts, and indicia of firearms relating to silencers, firearms mufflers, and suppressors;

3. Any stun grenades or materials used to make stun grenades or other explosive or prohibited items;

4. Any documents, packaging materials, or receipts related to the importation of silencers or firearm suppressors, or similar devices, or other prohibited items, from China or other countries, including but not limited to manifests, invoices, billing statements, postage, labels, and receipts.

5. Any photographs, digital images, or video recordings depicting silencers, suppressors, stun grenades or other similar devices and prohibited items.

6. Any and all documentation relating to the ownership and occupancy of the SUBJECT PREMISES described in Attachment A, including mortgage documents, title records, utilities records, and records of payments.

7. Any financial records associated with Raymond Michlig to include business and personal checks, financial institution account statements, deposit and withdrawal and ATM slips, and credit/debit card slips and statements, which may be evidence of payment of silencers, firearm suppressors, and similar devices.

8. Any and all documents and tangible items relating to any means of identification (real or fraudulent) to include passports, birth certificates, drivers licenses, applications, forms, letters and stationary in the name of Raymond Michlig for the purpose of indicia of occupancy at the SUBJECT PREMISES as further described in Attachment A.

**Digital Devices to be Seized Only**
Agents will seize and/or image on-site any digital devices located at the SUBJECT PREMISES. Agents *will not* search the digital devices pursuant to this warrant. Any seized digital devices will be returned to Raymond and Lindy Michlig within two weeks unless an application for search warrant to search the digital devices for evidence of the crimes listed

above is submitted within that time period, or a request to extend the date for the return of any seized devices is authorized by the Court.

        8.      Any and all digital devices to include but not limited to computer hardware, computer software, laptops, cellular phones, smart phones, direct connect devices and their contents to include SIM cards, memory cards and other internal storage devices, and computer password and data security devices.

        a.      Computer hardware is described as any and all computer equipment, including any electronic devices which are capable of collecting analyzing, creating, displaying, converting, storing, concealing or transmitting electronic, magnetic, optical or similar computer impulses or data.  These devices include, but are not limited to any data processing hardware (such as central processing units, memory typewriters and self-contained "laptop" or "notebook" computers); internal and peripheral storage devices (such as fixed disks, external hard disks, floppy disks and diskettes, tape drives and tapes, optical storage devices, and other memory storage devices); peripheral input/output devices (such as keyboards, printers, scanners, plotters, video display monitors and optical readers); and related communication devices (such as modems, cables and connections, recording equipment, RAM and ROM units, acoustic couplers, automatic dialers, speed dialers, pro able  telephone dialing or signaling devices and electronic tone generating devices); as well as any devices, mechanisms or parts that can be used to restrict access to such hardware (such as physical keys or locks).

        b.      Computer software is described as any and all information, including instructions, programs, or program code stored in the form of electronic, magnetic, and optical or other media which are capable of being interpreted by a computer or its related components.  Computer software may also include certain data, data fragments or control characters integral to the operation of computer software.  These items include but are not limited to operating system software, applications software, utility programs, compilers, interpreters, communications software and other programming used or intended for use to communicate with computer components.

        c.      Computer passwords and data security devices are described as all those devices, programs or data – whether themselves in the nature of hardware or software – that can be used or is designed for use to restrict access to or facilitate concealment of any computer hardware, computer software, computer related documentation, electronic data, records, documents or materials within the scope of this application.  These include but are not limited to any data security hardware (such as encryption devices, chips and circuit boards), passwords, data security software or information (such as test keys and encryption codes), and similar information that is required to access computer programs or data to otherwise render programs or data into a usable form.